IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISIDRO GRIJALDA-VALDEZ and
BEATRIZ RAMIREZ,

      Plaintiffs,

v.                                                                                                          No. 1:26-cv-0284 JFR/DLM

OMAROU YAWA and DTL
TRANSPORT, INC.,

      Defendants.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court sua sponte. On February 5, 2026, Defendants removed this action to federal court, citing diversity jurisdiction. (Doc. 1.) The following day, the Court issued a Show Cause Order directing Defendants to either file an amended notice of removal establishing the amount in controversy or provide a written explanation showing good cause why the action should not be remanded for lack of subject-matter jurisdiction. (*See* Doc. 3.) On February 18, 2026, Defendants responded, stating that Plaintiffs are "alleging substantial injuries and demanding a total settlement amount well in excess of the jurisdictional threshold." (*See* Doc. 4.) The Court will conduct a telephonic status conference to discuss the matter.

**IT IS ORDERED** that counsel for the parties shall appear telephonically on **March 2, 2026, at 10:30 a.m. MST**. Counsel shall call **855-244-8681** and enter access code **2317 194 3997** to be connected to the conference.

**IT IS SO ORDERED.**

                                                                       _____
                                                                       DAMIAN L. MARTINEZ
                                                                       UNITED STATES MAGISTRATE JUDGE